IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MELANIE BAILEY,

                    Plaintiff,                Case No. 3:08 CV 2866

      -vs-

COMMISSIONER OF SOCIAL SECURITY,        <u>MEMORANDUM   OPINION
AND</u>
<u>JUDGMENT ENTRY</u>

                    Defendant.

KATZ, J.

This matter is before the Court on the Report and Recommendation ("R&R") of the United States Magistrate Judge Kenneth S. McHargh (Doc. 26), dated October 6, 2009.

The Magistrate Judge recommended granting the parties' joint stipulation remanding this action this action to the Commissioner for proceedings in accordance with the fourth sentence of 42 U.S.C. § 405(g).

Accordingly, the Court adopts the Recommendation and GRANTS the parties' joint stipulation (Doc. No. 25).  The decision of the Commissioner is reversed and remanded for further proceedings in accordance with sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

                                    <u>  s/ *David A. Katz*     </u>
                                    DAVID A. KATZ
                                    U. S. DISTRICT JUDGE